IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

```
MARK BOISER, ET AL.,            )       CIVIL NO. 07-00525 HG-LEK
                                )
          Plaintiffs,           )
                                )
     vs.                        )
                                )
OFFICE OF THE COMMANDANT OF     )
THE U.S. COAST GUARD, ET AL.,   )
                                )
          Defendants.           )
_____
```

**FINDINGS AND RECOMMENDATION THAT
<u>CASE BE DISMISSED WITHOUT PREJUDICE</u>**

Plaintiffs filed the instant action on October 18,

2007.  The Complaint names the following defendants: the Office

of the Commandant of the U.S. Coast Guard, Its Assignees, A

Federal Agency and A Department of the United (U.S.) Government,

and the Offices Of, the Secretary of State, the Solicitor

General, the Department of Interior, the Department of Defense,

the Department of Homeland Security, and All Office(s) Under

Authority of the Office of the President and/or Commander In

Chief of the U.S. Along With the Office(s) of the U.S. Congress

(collectively "Defendants").  Plaintiffs have apparently served

the Complaint and Summons on President George W. Bush, Secretary

of State Condeleezza Rice, Solicitor General Paul Clement,

Secretary of the Interior Dirk Kempthorne, Defense Secretary

Robert Gates, Commandant of the United States Coast Guard Admiral

Thad W. Allen, Senate Majority Leader Harry Reid, and Speaker of

the House Nancy Pelosi.   This Court, however, previously informed

Plaintiff Wm. K. Sonny Waialeale ("Plaintiff S. Waialeale")[1] that

Plaintiffs had not perfected service upon Defendants because they

did not comply with all of the requirements set forth in Federal

Rule of Civil Procedure 4(i)(1).

On March 24, 2008, after Plaintiffs failed to appear at

the Rule 16 Scheduling Conference, this Court stated that it

would issue findings and recommendation to dismiss the case

without prejudice for failure to prosecute and failure to effect

service.   On April 3, 2008, this Court issued an EO stating that,

in light of two documents that Plaintiff S. Waialeale filed on

March 25, 2008, it would not recommend dismissal at that time.

This Court held a status conference regarding service

on May 5, 2008.   Counsel for Defendants stated that Plaintiffs

still had not properly served the Complaint and Summons.   This

Court informed Plaintiff S. Waialeale that it would issue

---

[1] The Court notes that, although each plaintiff signed the
Complaint, Plaintiff S. Waialeale has filed numerous documents
and appeared before this Court, purportedly on behalf of all
Plaintiffs.   There is no indication in the record that Plaintiff
S. Waialeale is an attorney licensed to practice in this
district.   In this Court's April 3, 2008 entering order ("EO"),
the Court cautioned Plaintiff S. Waialeale that he can only file
documents on his own behalf and cautioned the other Plaintiffs
that their claims could be dismissed for failure to prosecute if
they did not personally participate in this action.   The Court
notes that, on May 5, 2008, Plaintiffs filed a document titled
"Attachment, a Declaration of Fact, by Affidavit from
Complainant(s);" which was accompanied by a declaration from each
plaintiff.

findings and recommendation to dismiss the case without

prejudice, but that it would not issue the findings and

recommendation for thirty days to allow Plaintiffs to complete

service immediately on Defendants.

On May 29, 2008, Plaintiff S. Waialeale filed a

document entitled "Attachment: To Complaint By Request of

Leslie E. Kobayashi, To Serve A Copy Of The Complaint Upon The

Office Of the Fourteenth Coast Guard District".  The Certificate

of Service for that document states that Plaintiffs served it on

Defendants, as well as United States Attorney General Michael B.

Mukasey, and United States Attorney for the District of Hawaii

Edward H. Kubo, Jr.  On March 25, 2008, Plaintiff S. Waialeale

filed a document entitled "Attachment to this Complaint by

Request of Leslie E. Kobayashi", which purported to provide

notice of the action to Attorney General Mukasey and United

States Attorney Kubo.  Neither document, however, establishes

that Plaintiffs sent copies of the Complaint and Summons to them

as required by Rule 4(i)(1).  The Court therefore FINDS that

Plaintiffs have not completed service on Defendants and

RECOMMENDS that the district judge dismiss the case without

prejudice for failure to effect service.  See Fed. R. Civ. P.

4(m) ("If a defendant is not served within 120 days after the

complaint is filed, the court - on motion or on its own after

notice to the plaintiff - must dismiss the action without

3

prejudice against that defendant or order that service be made

within a specified time.").

IT IS SO FOUND AND RECOMMENDED.

DATED AT HONOLULU, HAWAII, June 6, 2008.



_/S/ Leslie E. Kobayashi_____
Leslie E. Kobayashi
United States Magistrate Judge

**MARK BOISER, ET AL. V. OFFICE OF THE COMMANDANT OF THE U.S. COAST
GUARD, ET AL; CIVIL NO. 07-00525 HG-LEK; FINDINGS AND
RECOMMENDATION THAT CASE BE DISMISSED WITHOUT PREJUDICE**