IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MARK BOISER, DONALD ALLEN ) <br> GONSALVES, RONALD ) <br> KEALOHA, JAMES KIMOKEO, ) <br> DANA KELII GONSALVES, ) <br> FRANNY KEOLOHA, ) <br> GONSALVES, RONALD KELII ) <br> KEOLOHA, SAMSON K. ) <br> MAHUAIKI, JACOB MAKA, ) <br> ERIC TANIGUCHI, RYAN ) <br> WAALANI, WM. K. ) <br> WAIALEALE, EDWARD K. ) <br> TANIGUCHI, RYAN ) <br> TANIGUCHI, TROY ) <br> WAIALEALE, ) <br>             ) <br>         Petitioners, ) <br>             ) <br>     vs.     ) <br>             ) <br> OFFICE OF THE COMMANDANT ) <br> OF THE U.S. COAST GUARD, ) <br> OFFICE OF THE SECRETARY ) <br> OF STATE, DEPARTMENT OF ) <br> DEFENSE, DEPARTMENT OF ) <br> HOMELAND SECURITY, JOHN ) <br> DOES, JANE DOES 1-100, ) <br> U.S. DOE PARTNERSHIPS, 1- ) <br> 100, U.S. DOE ) <br> CORPORATIONS AND LLC'S 1- ) <br> 100, DOE BRITISH ) <br> ADMIRALTY LAW 1-50, DOE ) <br> BRITISH MONARCHY 1-50, ) <br> DOE BRITISH SUBJECTS 1- ) <br> 100, DOE BRITISH JACK ) <br> FLAG 1-1, DOE U.S. ) <br> FEDERAL MILITARY FLAG 1- ) <br> 50, OTHER ENTITIES 1-100 ) <br>             <br>         Respondants. <br> _____ | CIVIL NO. 07-00525 HG-LEK |

<u>ORDER ADOPTING MAGISTRATE'S
FINDINGS AND RECOMMENDATION</u>

Findings and Recommendation having been filed and served on all parties on June 6, 2008, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: June 25, 2008, Honolulu, Hawaii.



                                           **/s/ Helen Gillmor**
                                           Chief United States District Judge